# Third District Court of Appeal

## State of Florida

Opinion filed March 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1219
Lower Tribunal No. 20-221A
_____

**G.M., a Juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Yery Marrero, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before SCALES, MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed.  See Illinois v. Wardlow, 528 U.S. 119, 124 (2000); C.E.L. v. State, 24 So. 3d 1181, 1189 (Fla. 2009); R.R. v. State, 137 So. 3d 535, 539 (Fla. 4th DCA 2014); Shaw v. Shaw, 334 So. 2d 13, 16 (Fla. 1976).